**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SPRIET, ROBERT G. § | Case No. 10-03349 |
| SPRIET, RENEE L. § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 12/02/2010, in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  10/02/2010        By:  JOSEPH R. VOILAND
                                                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SPRIET, ROBERT G. § Case No. 10-03349
SPRIET, RENEE L. §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 7,444.95

*and approved disbursements of* $ 1,180.00

*leaving a balance on hand of* [1] $ 6,264.95

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 1,424.50 | $ 59.25 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                  N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,986.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 2,816.07 | $ 195.17 |
| 2 | Capital Recovery III LLC | $ 24,524.43 | $ 1,699.71 |
| 3 | American Express Bank, FSB | $ 957.85 | $ 66.39 |
| 4 | Fia Card Services, NA/Bank of America | $ 32,160.00 | $ 2,228.90 |
| 5 | Fia Card Services, NA/Bank of America | $ 8,527.80 | $ 591.03 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                                 *Allowed Amt. of Claim*    *Proposed Payment*

                               N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*    *Claimant*                                 *Allowed Amt. of Claim*    *Proposed Payment*

                               N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

                                      Prepared By: /s/JOSEPH R. VOILAND
                                                          Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina              Page 1 of 1           Date Rcvd: Nov 02, 2010
Case: 10-03349                 Form ID: pdf006            Total Noticed: 25
```

The following entities were noticed by first class mail on Nov 04, 2010.
```
db/jdb       +Robert G. Spriet,   Renee L. Spriet,   984 Fulton Street,   South Elgin, IL 60177-2417
aty          +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
15028551     +AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
15028549     +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
16086355      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15028550     +Associated Bank,   PO Box 2926,   Milwaukee, WI 53201-2926
15028552     +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
15028554     +Best Buy/HSBC,   PO Box 17298,   Baltimore, MD 21297-1298
15028555      Capital Recovery III LLC (Capital One Installment),   c/o Recovery Management Systems Corp,
               25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
15028556     +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
15830649      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15028557     +CitiCards,   Processing Center,   Des Moines, IA 50363-0001
15028558    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   PO Box 630778,   Cincinnati, OH 45263)
15075598     +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
15028560     +FirstSource Advantages, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
15028559     +Firstsource Advantage LLC,   205 Bryant Woods Souty,   Amherst, NY 14228-3609
15028561     +Home Depot,   Processing Center,   Des Moines, IA 50364-0001
15028563     +LDG Financial Services, LLC,   7001 Peachtree Industrial Blvd.,   Suite 320,
               Norcross, GA 30092-6637
15028564     +Menards/HSBC,   PO Box 17602,   Baltimore, MD 21297-1602
15028565     +National City,   PO Box 856176,   Louisville, KY 40285-6176
15028566     +Wells Fargo,   PO Box 5296,   Carol Stream, IL 60197-5296
```

The following entities were noticed by electronic transmission on Nov 03, 2010.
```
16057332      E-mail/PDF: rmscedi@recoverycorp.com Nov 03 2010 02:16:21     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16145725      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 03 2010 02:06:52
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15028562     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 03 2010 02:07:20     Kohls,   PO Box 2983,
               Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15028553*    +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                          **Signature:**  _Joseph Speetjens_