# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: SPRIET, ROBERT G. | § | Case No. 10-03349 |
| SPRIET, RENEE L. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $266,775.00<br>*(without deducting any secured claims)* | Assets Exempt: $48,700.00 |
| Total Distribution to Claimants: $4,781.30 | Claims Discharged Without Payment: $64,204.85 |
| Total Expenses of Administration: $1,963.75 | |

3) Total gross receipts of $ 7,445.05 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 700.00 (see **Exhibit 2** ), yielded net receipts of $6,745.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,963.75 | 1,963.75 | 1,963.75 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 68,986.15 | 68,986.15 | 4,781.30 |
| **TOTAL DISBURSEMENTS** | $0.00 | $70,949.90 | $70,949.90 | $6,745.05 |

4) This case was originally filed under Chapter 7 on January 29, 2010. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2011 By: /s/JOSEPH R. VOILAND
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Motorcycle: 2002 Harley Davidson 1200 Custom Spo | 1129-000 | 3,600.00 |
| Boat: 1998 Searay | 1129-000 | 1,200.00 |
| federal tax refund | 1224-000 | 2,644.00 |
| Interest Income | 1270-000 | 1.05 |
| **TOTAL GROSS RECEIPTS** | | $7,445.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert and Renee Spriet | payment of exemption re HD motorcycle | 8100-002 | 700.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $700.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,424.50 | 1,424.50 | 1,424.50 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 59.25 | 59.25 | 59.25 |

| | | | | | |
|---|---|---|---|---|---|
| Martin Auction Services | 3610-000 | N/A | 480.00 | 480.00 | 480.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,963.75 | 1,963.75 | 1,963.75 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,816.07 | 2,816.07 | 195.19 |
| 2 | Capital Recovery III LLC | 7100-000 | N/A | 24,524.43 | 24,524.43 | 1,699.74 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 957.85 | 957.85 | 66.39 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 32,160.00 | 32,160.00 | 2,228.94 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,527.80 | 8,527.80 | 591.04 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 68,986.15 | 68,986.15 | 4,781.30 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-03349
**Case Name:** SPRIET, ROBERT G.
SPRIET, RENEE L.
**Period Ending:** 03/02/11

**Trustee:** (330380) JOSEPH R. VOILAND
**Filed (f) or Converted (c):** 01/29/10 (f)
**§341(a) Meeting Date:** 03/08/10
**Claims Bar Date:** 09/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 984 Fulton Street, South | 208,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1/2 interest in savings account w/Harris Bank (h | 500.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking w/Harris Bank | 100.00 | 100.00 | DA | 0.00 | FA |
| 5 | custodial checking account w/Harris | 250.00 | 250.00 | DA | 0.00 | FA |
| 6 | checking w/Chase | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. Household Goods & Furnshings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. Wearing Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. costume jewelry | 200.00 | 200.00 | DA | 0.00 | FA |
| 10 | Debtors each have one term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Roth IRA - husband | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401(k) - wife | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Motorcycle: 2002 Harley Davidson 1200 Custom Spo | 3,500.00 | 2,800.00 | | 3,600.00 | FA |
| 14 | Vehicle: 2002 Ford F-250 | 12,625.00 | 1,081.00 | DA | 0.00 | FA |
| 15 | 2001 Ford Expedition | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | Boat: 1998 Searay | 5,480.00 | 5,480.00 | | 1,200.00 | FA |
| 17 | Potential commision due wife. | 3,300.00 | 0.00 | DA | 0.00 | FA |
| 18 | federal tax refund (u) | 2,644.00 | 2,644.00 | | 2,644.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.05 | FA |
| 19 | **Assets** **Totals** (Excluding unknown values) | **$278,399.00** | **$12,555.00** | | **$7,445.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):** November 1, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-03349
**Case Name:** SPRIET, ROBERT G.
SPRIET, RENEE L.
**Taxpayer ID #:** **-***8620
**Period Ending:** 03/02/11

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******00-65 - Money Market Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/10 | {18} | United States Treasury | federal tax refund (2009) | 1224-000 | 2,644.00 | | 2,644.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 2,644.08 |
| 07/03/10 | | Martin Auction Services, LLC Escrow | auction proceeds | | 4,800.00 | | 7,444.08 |
| | {16} | | 1,200.00 | 1129-000 | | | 7,444.08 |
| | {13} | | 3,600.00 | 1129-000 | | | 7,444.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.39 | | 7,444.47 |
| 08/12/10 | 1001 | Martin Auction Services | payment of auctioneer fees | 3610-000 | | 480.00 | 6,964.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 6,964.90 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,964.95 |
| 10/02/10 | 1002 | Robert and Renee Spriet | payment of exemption re HD motorcycle | 8100-002 | | 700.00 | 6,264.95 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,265.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,265.05 |
| 12/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 6,265.05 |
| 12/02/10 | | To Account #9200******0066 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 6,265.05 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **7,445.05** | **7,445.05** | **$0.00** |
| Less: Bank Transfers | 0.00 | 6,265.05 | |
| **Subtotal** | **7,445.05** | **1,180.00** | |
| Less: Payments to Debtors | | 700.00 | |
| **NET Receipts / Disbursements** | **$7,445.05** | **$480.00** | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-03349
**Case Name:** SPRIET, ROBERT G.
SPRIET, RENEE L.
**Taxpayer ID #:** **-***8620
**Period Ending:** 03/02/11

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******00-66 - Checking Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/10 | | From Account #9200******0065 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 6,265.05 | | 6,265.05 |
| 12/02/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,424.50, Trustee Compensation; Reference: | 2100-000 | | 1,424.50 | 4,840.55 |
| 12/02/10 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $59.25, Trustee Expenses; Reference: | 2200-000 | | 59.25 | 4,781.30 |
| 12/02/10 | 103 | Chase Bank USA, N.A. | Dividend paid 6.93% on $2,816.07; Claim# 1; Final distribution | 7100-000 | | 195.19 | 4,586.11 |
| 12/02/10 | 104 | Capital Recovery III LLC | Dividend paid 6.93% on $24,524.43; Claim# 2; Final distribution | 7100-000 | | 1,699.74 | 2,886.37 |
| 12/02/10 | 105 | American Express Bank, FSB | Dividend paid 6.93% on $957.85; Claim# 3; Final distribution | 7100-000 | | 66.39 | 2,819.98 |
| 12/02/10 | 106 | Fia Card Services, NA/Bank of America | Dividend paid 6.93% on $32,160.00; Claim# 4; Final distribution | 7100-000 | | 2,228.94 | 591.04 |
| 12/02/10 | 107 | Fia Card Services, NA/Bank of America | Dividend paid 6.93% on $8,527.80; Claim# 5; Final distribution | 7100-000 | | 591.04 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **6,265.05** | **6,265.05** | **$0.00** |
| Less: Bank Transfers | 6,265.05 | 0.00 | |
| **Subtotal** | **0.00** | **6,265.05** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,265.05** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **MMA # 9200-******00-65** | **7,445.05** | **480.00** | **0.00** |
| **Checking # 9200-******00-66** | **0.00** | **6,265.05** | **0.00** |
| | **$7,445.05** | **$6,745.05** | **$0.00** |